**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Dawn M. Coulson v. Leslie Kiefer Amann, Dependent Administrator with Will Annexed of the Estate of Robert C. Kiefer, Deceased, and as President of Walden Technology, Inc.

Appellate case number:    01-17-00721-CV

Trial court case number:   424767-401

Trial court:              Probate Court No. 2 of Harris County

Appellant, Dawn M. Coulson, and appellee, Leslie Kiefer Amann, Dependent Administrator with Will Annexed of the Estate of Robert C. Kiefer, Deceased, and as President of Walden Technology, Inc., have filed a Joint Motion to Further Extend Time to File Appellee's Brief and to Stay Appeal Pending Settlement Negotiations, representing that appellee's brief was due on January 26, 2018 and the parties "would like to engage in settlement negotiations." Accordingly, the parties have requested that the Court "extend the time to file [a]ppellee's brief" and stay the appeal proceedings until March 27, 2018. We **grant** the motion.

Accordingly, we **stay** the appeal. The parties shall file no later than March 27, 2018, a motion to reinstate and dismiss the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of settlement negotiations. If the parties do not respond as directed by March 27, 2018, the case will be reinstated on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure.

Appellee's brief, if any, will be due **within 10 days** of the date of the Court's reinstatement order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.


Judge's signature: /s/ Terry Jennings

☑ Acting individually    ☐ Acting for the Court

Date: January 30, 2018